NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, as Subrogee of ST. PAUL'S A.M.E. ZION CHURCH and Others, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 15.)

 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present— Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 ST. PAUL'S A.M.E. ZION CHURCH, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 16.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 MERRIMACK MUTUAL FIRE INSURANCE COMPANY, as Subrogee of the POLISH UNION OF AMERICA, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 17.)

 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 EMPIRE INSURANCE COMPANY, as Subrogee of ALVIN E. WALKER and Others, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 18.)

 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.